■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAXIMO VASQUEZ, Appellant.—Judgment, Supreme Court,

Bronx County (Murray Koenig, J.), rendered on June 10, 1985, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Sullivan, Milonas, Kassal and Smith, JJ.